UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Equal Employment Opportunity
Commission,

        Plaintiff,

  and

Adam Breaux,

        Plaintiff-Intervenor,

  vs.                         ORDER ADOPTING
                            REPORT AND RECOMMENDATION

Product Fabricators, Inc., et al.,

        Defendants.              Civ. No. 11-2071 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion to Strike [Docket No. 13] is **GRANTED** as more fully described in Magistrate Judge Leo I. Brisbois's Report and Recommendation, dated June 18, 2012.[1]

DATED: July 10, 2012                    s/Michael J. Davis
At Minneapolis, Minnesota         Michael J. Davis, Chief Judge
                                           United States District Court

---

[1] Because the Court grants Plaintiff's motion to strike, it also denys, and need not address further, Defendants' request for attorney's fees incurred in responding to the motion.