AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Equal Employment Opportunity Commission,
Adam Breaux

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 11-2071 MJD/LIB

Product Fabricators, Inc. and M & M Manufacturing, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff EEOC's Motion for Summary Judgment on Successor Liability is **DENIED AS MOOT**.
2. Plaintiff-Intervenor Adam Breaux's Motion for Summary Judgment on Successor Liability is **DENIED AS MOOT**.
3. Defendants Product Fabricators, Inc. and M&M Manufacturing, Inc.'s Motion for Summary Judgment is **GRANTED** as follows:
a. The EEOC's Complaint against Defendants is **DISMISSED WITH PREJUDICE** in its entirety;
b. The following count in Adam Breaux's Complaint is **DISMISSED WITH PREJUDICE**: Count One, Disability Discrimination under the Americans with Disabilities Act; and
c. The following counts in Adam Breaux's Complaint are **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION**: Count Two, Retaliatory Discharge (Minnesota Statute 176.82, subdivision 1); and Count Three, Refusal to Offer Continued Employment (Minnesota Statute 176.82, subdivision 2).
4. Defendants Objection to the Magistrate's November 7, 2012 Order is **DENIED AS MOOT**.

|  March 19, 2013  | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date |  |
|  | s/A. Linner |
| (By) | A. Linner   Deputy Clerk |